UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

Case No. 24-mj-30087
Hon. Matthew F. Leitman

XAVIER COHENS,

      Defendant.
_____/

## ORDER DENYING GOVERNMENT'S APPEAL OF MAGISTRATE JUDGE'S ORDER OF RELEASE AND AFFIRMING ORDER

Following a detention hearing, on April 11, 2024, Magistrate Judge Anthony Patti ordered Defendant Xavier Cohens released on bond pending trial. (*See* ECF No. 14.) Magistrate Judge Patti imposed a number of conditions on Cohens' release. (*See* ECF No. 13.) The Government subsequently filed an appeal in which it asked this Court to vacate the order of release and to detain Cohens pending trial. (*See* ECF No. 16.) The Court held a hearing on the Government's appeal on April 16, 2024. For the reasons stated on the record during the hearing, the Government's appeal is DENIED, and the order of release with conditions is AFFIRMED.

    IT IS SO ORDERED.

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated: April 16, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on April 16, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan  
Case Manager  
(313) 234-5126
